IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

ENVISION INSURANCE COMPANY,
an Ohio corporation,

    Plaintiff,

vs.                               Case No. 8:13-cv-114T-17EAJ

GRAYROBINSON, P.A., a Florida corporation,
FOLEY & LARDNER, LLP, a Wisconsin limited
liability partnership, VICIS CAPITAL, LLC, a
Delaware limited liability company, TINA E.
DUNSFORD, individually, DR. NAZEER H.
KHAN, individually, SABIHA KHAN, individually,
SAFIA KHAN, individually, DR. HAIDER A.
KHAN, individually, CHRISTOPHER PHILLIPS,
individually, QHP GROUP, INC., a Florida
corporation, QUALITY HEALTH PLANS
INSURANCE COMPANY, INC., a Florida
corporation, QHP FINANCIAL GROUP, INC., a
Florida corporation, HEALTH MANAGEMENT
SERVICES OF AMERICA, INC., a Florida
corporation and DUNSFORD & ASSOCIATES, PA,
a Florida corporation,

    Defendants.

_____/

**NOTICE OF NON-ACQUIESCENCE IN ARBITRATION
BY DEFENDANTS VICIS CAPITAL, LLC, AND
CHRISTOPHER PHILLIPS**

    Defendants Vicis Capital, LLC, and Christopher Phillips give notice that they do not consent to or acquiesce in the arbitration of the pending claims against them. The Khan defendants and the QHP entities have filed a motion seeking to compel arbitration of the claims against them. (Doc. 32) That motion does not seek to compel arbitration of the claims against Vicis Capital, LLC, or Phillips. (Doc. 32 at p. 20) Plaintiff opposes the motion to compel arbitration. (Doc. 51)

1

1374998.1

Vicis Capital, LLC, and Phillips are not parties to the contracts which are asserted as the basis for arbitration, and they are not signatories to any arbitration clause which is relevant in this case. Vicis Capital, LLC, and Phillips take no position on whether the claims against the QHP entities and the Khan defendants should be sent to arbitration. They file this notice merely to indicate that they have not consented to arbitration and do not consent to arbitration. The claims against them should remain pending in this Court.

/s/ Jonathan C. Koch
David C. Banker
Florida Bar #352977
Primary email: dbanker@bushross.com
Jonathan C. Koch
Florida Bar # 364525
Primary email: jkoch@bushross.com
Bush Ross, P.A.
1801 North Highland Avenue
Tampa, Florida 33602
(813) 224-9255
(813) 223-9620 fax
*Attorneys for Vicis Capital, LLC and Christopher Phillips*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on March 28, 2013, I electronically filed the foregoing with the Clerk of the Court by utilizing the CM/ECF System, which will send a notice of electronic filing to all counsel of record.

/s/ Jonathan C. Koch
Attorney