IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CIVIL CASE NO.   8:13-cv-00114-EAK-EAJ

ENVISION INSURANCE COMPANY, an Ohio corporation,

    Plaintiff,

v.

GRAYROBINSON, P.A., a Florida corporation, FOLEY & LARDNER, LLP, a Wisconsin limited liability partnership, VICIS CAPITAL, LLC, a Delaware limited liability company, TINA E. DUNSFORD, individually, DR. NAZEER H. KHAN, individually, SABIHA KHAN, individually, SAFIA KHAN, individually, DR. HAIDER A. KHAN, individually, CHRISTOPHER PHILLIPS, individually, QHP GROUP, INC., a Florida corporation, QUALITY HEALTH PLANS INSURANCE COMPANY, INC., a Florida corporation, QHP FINANCIAL GROUP, INC., a Florida corporation, HEALTH MANAGEMENT SERVICES OF AMERICA, INC., a Florida corporation and DUNSFORD & ASSOCIATES, PA, a Florida corporation.

    Defendants.
_____/

## JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE OF CHRISTOPHER PHILLIPS AND VICIS CAPITAL, LLC

Plaintiff, ENVISION INSURANCE COMPANY, an Ohio corporation ("ENVISION"), and Defendants CHRISTOPHER PHILLIPS, individually, and VICIS CAPITAL, LLC, a Delaware limited liability company (collectively, the "Parties"), by and through their undersigned counsel, hereby stipulate to the dismissal without Prejudice of all claims asserted by ENVISION on the following terms and conditions:

1.     The Parties have agreed to bear their own costs, attorneys' fees and expenses.

2.     The Parties have agreed to the entry of an Agreed Order of Dismissal Without

Prejudice of CHRISTOPHER PHILLIPS and VICIS CAPITAL, LLC, in the form attached as **Exhibit "A"**.

3. This Joint Stipulation of Dismissal Without Prejudice between and among ENVISION INSURANCE COMPANY and CHRISTOPHER PHILLIPS and VICIS CAPITAL, LLC, shall not serve or operate as an adjudication of the merits of any claims between ENVISION and CHRISTOPHER PHILLIPS, VICIS CAPITAL, LLC, and any other Defendant in this action.

WHEREFORE, the Parties respectfully request the Court enter an Order of Dismissal Without Prejudice of CHRISTOPHER PHILLIPS and VICIS CAPITAL, LLC, and award such other relief as the Court deems just, equitable and proper.

Dated: April 24, 2013

Respectfully submitted,

| | |
|---|---|
| /s Eric C. Edison | /s/ Jonathan C. Koch |
| ERIC C. EDISON, ESQ. | David C. Banker |
| Florida Bar No.: 010379 | Florida Bar #352977 |
| Attorneys for Envision | Primary e-mail: dbanker@bushross.com |
| Angelo & Banta, P.A. | Jonathan C. Koch |
| SunTrust Center, Suite 850 | Primary e-mail: jkoch@bushross.com |
| 515 East Las Olas Blvd. | Bush Ross, P.A. |
| Fort Lauderdale, FL 33301 | 1801 North Highland Avenue |
| Telephone: 954-766-9930 | Tampa, Florida 33602 |
| Facsimile: 954-766-9937 | Telephone: 813-224-9255 |
| Email: ece@angelolaw.com | Facsimile: 813-223-9620 |
| | Attorneys for Vicis Capital and Christopher Phillips |

**CERTIFICATE OF SERVICE**

I hereby certify that on April 24, 2013, I electronically filed the foregoing document with the Clerk of Court by using the CM/ECF system.

By: /s Eric C. Edison
ERIC C. EDISON, ESQ.
Florida Bar No. 010379

2