IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CIVIL CASE NO.   8:13-cv-00114-EAK-EAJ

ENVISION INSURANCE COMPANY, an Ohio corporation,

    Plaintiff,

v.

GRAYROBINSON, P.A., a Florida corporation, FOLEY & LARDNER, LLP, a Wisconsin limited liability partnership, VICIS CAPITAL, LLC, a Delaware limited liability company, TINA E. DUNSFORD, individually, DR. NAZEER H. KHAN, individually, SABIHA KHAN, individually, SAFIA KHAN, individually, DR. HAIDER A. KHAN, individually, CHRISTOPHER PHILLIPS, individually, QHP GROUP, INC., a Florida corporation, QUALITY HEALTH PLANS INSURANCE COMPANY, INC., a Florida corporation, QHP FINANCIAL GROUP, INC., a Florida corporation, HEALTH MANAGEMENT SERVICES OF AMERICA, INC., a Florida corporation and DUNSFORD & ASSOCIATES, PA, a Florida corporation.

    Defendants.
_____/

## AGREED ORDER OF DISMISSAL WITHOUT PREJUDICE OF CHRISTOPHER PHILLIPS AND VICIS CAPITAL, LLC

THIS CAUSE having come to be heard before the Court upon the Joint Stipulation for Dismissal Without Prejudice of CHRISTOPHER PHILLIPS and VICIS CAPITAL, LLC, of all claims raised in this action between Plaintiff, ENVISION INSURANCE COMPANY, an Ohio corporation, and Defendants, CHRISTOPHER PHILLIPS, individually, and VICIS CAPITAL, LLC, a Delaware limited liability company, and the Court having considered the Joint Stipulation of Dismissal Without Prejudice of CHRISTOPHER PHILLIPS and VICIS CAPITAL, LLC, and being otherwise fully advised in the premises, it is hereupon:

ORDERED AND ADJUDGED that said Joint Stipulation of Dismissal Without Prejudice of CHRISTOPHER PHILLIPS and VICIS CAPITAL, LLC, is approved, and this action against Defendants, CHRISTOPHER PHILLIPS, individually, and VICIS CAPITAL, LLC, a Delaware limited liability company, shall be and is hereby dismissed without prejudice, with the Plaintiff, ENVISION INSURANCE COMPANY, an Ohio corporation, and Defendants, CHRISTOPHER PHILLIPS, individually, and VICIS CAPITAL, LLC, a Delaware limited liability company, to each bear their own costs, expenses and attorneys' fees. This Agreed Order of Joint Stipulation of Dismissal Without Prejudice of CHRISTOPHER PHILLIPS and VICIS CAPITAL, LLC, shall not serve or operate as an adjudication of the merits of any claims between Plaintiff, ENVISION INSURANCE COMPANY, and CHRISTOPHER PHILLIPS, VICIS CAPITAL, LLC, and any other Defendant in this action. *The Clerk of Court shall terminate these defendants from this action.*

DONE and ORDERED in Chambers in Tampa, Hillsborough County, Florida, on April 25TH, 2013

Honorable Elizabeth A. Kovachevich
United States District Court Judge

cc: All counsel of record

2