**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**

**CIVIL CASE NO.   8:13-CV-114-T-17EAJ**

ENVISION INSURANCE COMPANY, an Ohio corporation,

    Plaintiff,

v.

GRAYROBINSON, P.A., a Florida corporation, FOLEY & LARDNER, LLP, a Wisconsin limited liability partnership, TINA E. DUNSFORD, individually, DR. NAZEER H. KHAN, individually, SABIHA KHAN, individually, SAFIA KHAN, individually, DR. HAIDER A. KHAN, individually, QHP GROUP, INC., a Florida corporation, QUALITY HEALTH PLANS INSURANCE COMPANY, INC., a Florida corporation, QHP FINANCIAL GROUP, INC., a Florida corporation, HEALTH MANAGEMENT SERVICES OF AMERICA, INC., a Florida corporation and DUNSFORD & ASSOCIATES, PA, a Florida corporation.

    Defendants.
_____/

## AMENDED NOTICE OF SETTLEMENT

PLEASE TAKE NOTICE, that Plaintiff, ENVISION INSURANCE COMPANY, an Ohio corporation ("Plaintiff" or "ENVISION"), and Defendants, GRAYROBINSON, P.A., a Florida corporation, FOLEY & LARDNER, LLP, a Wisconsin limited liability partnership, TINA E. DUNSFORD, individually, DUNSFORD & ASSOCIATES, P.A., a Florida corporation (collectively the "LAWYER DEFENDANTS"), by and through their undersigned counsel, have resolved their claims herein.

ENVISION and the LAWYER DEFENDNTS request that the Court provide up to and including January 6, 2014 for the parties to fully complete and effectuate the terms of a written Settlement Agreement.

Dated:  December 19, 2013

| | |
|---|---|
| /s/ J. Scott Slater | /s/ David B. King |
| Benjamin H. Hill, III, FBN 094585 | David B. King |
| bhill@hwhlaw.com | Florida Bar No. 0093426 |
| David Knight, FBN 0181830 | Thomas A. Zehnder |
| dknight@hwhlaw.com | Florida Bar No. 0063274 |
| J. Scott Slater, FBN 869171 | Vincent Falcone III |
| sslater@hwhlaw.com | Florida Bar No. 0058553 |
| Hill, Ward & Henderson, P.A. | King, Blackwell, Zehnder & Wermuth |
| 101 East Kennedy Boulevard, Suite 3700 | PO Box 1631 |
| Tampa, FL 33602 | Orlando, Florida 32802-1631 |
| Tel: (813) 221-3900 | Telephone:     407-422-2472 |
| Fax: (813) 221-2900 | Facsimile:     407-648-0161 |
| Attorneys for Defendant Foley & Lardner, LLP | dking@kbzwlaw.com |
| | tzehnder@kbzwlaw.com |
| | vfalcone@kbzwlaw.com |
| | Attorneys for Tina Dunsford, Dunsford & Associates, & GrayRobinson, P.A. |

/s/ Eric C. Edison
Eric C. Edison, Esq.
Florida Bar No.: 010379
Angelo & Banta, P.A.
SunTrust Center, Suite 850
515 East Las Olas Blvd.
Fort Lauderdale, FL 33301
Telephone:     954-766-9930
Facsimile:     954-766-9937
Email: ece@angelolaw.com
Attorneys for Envision

## CERTIFICATE OF SERVICE

I hereby certify that on December 19, 2013, I electronically filed the foregoing document with the Clerk of Court by using the CM/ECF system.

By: /s Eric C. Edison
     ERIC C. EDISON, ESQ.
     Florida Bar No.: 010379