IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

CIVIL CASE NO.  8:13-CV-114-T-17EAJ

ENVISION INSURANCE COMPANY, an Ohio corporation,

    Plaintiff,

v.

GRAYROBINSON, P.A., a Florida corporation, FOLEY & LARDNER, LLP, a Wisconsin limited liability partnership, TINA E. DUNSFORD, individually, DR. NAZEER H. KHAN, individually, SABIHA KHAN, individually, SAFIA KHAN, individually, DR. HAIDER A. KHAN, individually, QHP GROUP, INC., a Florida corporation, QUALITY HEALTH PLANS INSURANCE COMPANY, INC., a Florida corporation, QHP FINANCIAL GROUP, INC., a Florida corporation, HEALTH MANAGEMENT SERVICES OF AMERICA, INC., a Florida corporation and DUNSFORD & ASSOCIATES, PA, a Florida corporation.

    Defendants.
_____/

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiff, ENVISION INSURANCE COMPANY, an Ohio corporation ("ENVISION"), and Defendants, GRAYROBINSON, P.A., a Florida corporation, FOLEY & LARDNER, LLP, a Wisconsin limited liability partnership, TINA E. DUNSFORD, individually, and DUNSFORD & ASSOCIATES, P.A., a Florida corporation (collectively the "LAWYER DEFENDANTS") (ENVISION and the LAWYER DEFENDANTS shall collectively be referred to as the "Parties"), pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby stipulate to the dismissal with prejudice of all claims asserted by the Parties in the action on the following terms and conditions:

    1.    The Parties have resolved their dispute, and entered into a written Confidential Settlement Agreement, executed as of December 26, 2013 (the "Settlement Agreement").

2. The Parties have agreed to bear their own costs, attorneys' fees and expenses incurred in this action.

3. The Parties respectfully request that the Court retain jurisdiction to enforce the Settlement Agreement in this action. *See Kokkonen v. Guardian Life Insurance Company of America*, 511 U.S. 375, 378-81 (1994).

WHEREFORE, the Parties respectfully request this Court to enter an Order dismissing with prejudice all claims brought by Envision against the LAWYER DEFENDANTS with prejudice, reserving jurisdiction to enforce the terms of the Settlement Agreement, and awarding such other relief as the Court deems just, equitable and proper.

Dated: December 27, 2013

Respectfully submitted,

| | |
|---|---|
| /s/ J. Scott Slater | /s/ David B. King |
| J. Scott Slater, Esq. | David B. King, Esq. |
| Florida Bar No. 869171 | Florida Bar No. 093426 |
| sslater@hwhlaw.com | dking@kbzwlaw.com |
| Benjamin H. Hill, III, Esq. | Thomas A. Zehnder |
| Florida Bar No. 094585 | Florida Bar No. 0063274 |
| bhill@hwhlaw.com | tzehnder@kbzwlaw.com |
| David Knight, Esq. | Vincent Falcone III |
| Florida Bar No. 0181830 | Florida Bar No. 0058553 |
| dknight@hwhlaw.com | vfalcone@kbzwlaw.com |
| Hill, Ward & Henderson, P.A. | King, Blackwell, Zehnder & Wermuth |
| 101 East Kennedy Boulevard, Suite 3700 | PO Box 1631 |
| Tampa, FL 33602 | Orlando, Florida 32802-1631 |
| Telephone: (813) 221-3900 | Telephone: 407-422-2472 |
| Facsimile: (813) 221-2900 | Facsimile: 407-648-0161 |
| Attorneys for Foley & Lardner, LLP | Attorneys for Tina Dunsford, Dunsford & Associates, & GrayRobinson, P.A. |

/s/ Eric C. Edison
Eric C. Edison, Esq.
Florida Bar No.: 010379
Angelo & Banta, P.A.
SunTrust Center, Suite 850
515 East Las Olas Blvd.
Fort Lauderdale, FL 33301
Telephone:	954-766-9930
Facsimile:	954-766-9937
Email: ece@angelolaw.com
Attorneys for Envision Insurance Company

## CERTIFICATE OF SERVICE

I hereby certify that on December 27, 2013, I electronically filed the foregoing document with the Clerk of Court by using the CM/ECF system.

By: /s Eric C. Edison
ERIC C. EDISON, ESQ.
Florida Bar No. 010379